IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Sylvertooth, Eddie J | Case Number: 07 B 12240 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/29/09 | Filed: 7/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 11, 2008
Confirmed: October 4, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,877.96 | |
| Secured: | | 5,842.20 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,474.00 |
| Trustee Fee: | | 533.80 |
| Other Funds: | | 1,027.96 |
| Totals: | 9,877.96 | 9,877.96 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,474.00 | 2,474.00 |
| 2. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | Regional Acceptance | Secured | 13,399.97 | 4,028.46 |
| 5. | Ocwen Loan Servicing LLC | Secured | 2,291.98 | 375.92 |
| 6. | Ocwen Loan Servicing LLC | Secured | 8,765.83 | 1,437.82 |
| 7. | B-Real LLC | Unsecured | 56.24 | 0.00 |
| 8. | Regional Acceptance | Unsecured | 726.85 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 11.19 | 0.00 |
| 10. | Credit Protection Association | Unsecured | | No Claim Filed |
| 11. | Surety Finance | Unsecured | | No Claim Filed |
| 12. | GC Services | Unsecured | | No Claim Filed |
| 13. | First Premier Bank | Unsecured | | No Claim Filed |
| 14. | West Asset Management | Unsecured | | No Claim Filed |
| 15. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| | | | $ 27,726.06 | $ 8,316.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 209.38 |
| 6.5% | 244.83 |
| 6.6% | 79.59 |
| | $ 533.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Sylvertooth, Eddie J

Printed: 01/29/09

Case Number: 07 B 12240
Judge: Wedoff, Eugene R
Filed: 7/10/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

